AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| VICTORINOX SWISS ARMY INC., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12 cv 6419 (JSR) |
| FIRST SBF HOLDING INC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   10/17/2012

*Attorney's signature*

David Weild III  DW-9023
*Printed name and bar number*
Edwards Wildman Palmer LLP
750 Lexington Ave.
New York, NY 10022

*Address*

dweild@edwardswildman.com
*E-mail address*

(212) 308-4411
*Telephone number*

(212) 308-4844
*FAX number*