DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086

Attorneys for Defendants
First SBF Holding, Inc., d/b/a
The Gevril Group and Gevril USA,
New Dover Group, LTD., and
Samuel Friedmann.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORINOX SWISS ARMY, INC., SWISS ARMY BRAND LTD., and WENGER NA, INC.<br><br>**Plaintiffs,**<br><br>v.<br><br>FIRST SBF HOLDING, INC., d/b/a THE GEVRIL GROUP and GEVRIL USA, NEW DOVER GROUP, LTD., and SAMUEL FRIEDMANN<br><br>**Defendants.** | Case No.: 12-cv-6419(JSR)<br><br>NOTIC OF APPEARANCE |

       PLEASE TAKE NOTICE that Robert Terry Parker of the firm of Duane Morris LLP hereby appears as counsel to Defendants, First SBF Holding, Inc., d/b/a The Gevril Group and Gevril USA, New Dover Group, LTD., and Samuel Friedmann and requests that his name be placed on the Court's CM/ECF mailing matrix.

Dated:  New York, New York

      January 4, 2013

                                                DUANE MORRIS LLP

2

By: /Robert T. Parker/
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York  10036-4086
(212) 692-1000

Attorneys for Defendants
First SBF Holding, Inc., d/b/a
The Gevril Group and Gevril USA,
New Dover Group, LTD., and
Samuel Friedmann