UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff,   Victorinox Swiss Army et al.

-v-

Defendant.   First SBF Holding et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

12 CV. 6419  (JSR ) (GWG)

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/13*

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:* _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated 2-04-2013

SO ORDERED:

_____
United States District Judge