UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
VICTORINOX SWISS ARMY, INC., SWISS
ARMY BRAND LTD., and WENGER NA,
INC.

        Plaintiffs,

   -against-

FIRST SBF HOLDING, INC., d/b/a THE
GEVRIL GROUP and GEVRIL USA, NEW
DOVER GROUP, LTD., and SAMUEL
FRIEDMANN

        Defendants.
------------------------------------------------------- X
FIRST SBF HOLDING, INC., d/b/a THE
GEVRIL GROUP and GEVRIL USA, and
NEW DOVER GROUP, LTD.

        Counterclaim Plaintiffs,

   -against-

VICTORINOX SWISS ARMY, INC., SWISS
ARMY BRAND LTD., and WENGER NA,
INC.

        Counterclaim Defendants.
------------------------------------------------------- X

Civil Action No.: 12 Civ. 6419 (JSR)



## STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties herein, and subject to the approval of the Court, that the above action is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement agreement between the parties in this matter. Each party will bear its or his own attorneys' fees and costs.

AM 18170431

Dated:   New York, New York
         February 19, 2013

EDWARDS WILDMAN PALMER, LLP

By: _____
    Rory J. Radding (RR 4042)
    David Weild III (DW 9023)
    H. Straat Tenney (HT 1224)

    750 Lexington Avenue
    New York, New York 10022
    212.308.4411

    *Attorneys for*
    *Plaintiffs/Counterclaim Defendants*

DUANE MORRIS LLP

By: _____
    Gregory P. Gulia
    Vanessa C. Hew
    R. Terry Parker

    1540 Broadway
    New York, NY 10036-4086
    212.692.1000

    *Attorneys for*
    *Defendants/Counterclaim Plaintiffs*

SO ORDERED THIS 20th DAY OF February, 2013:

_____
HON. Jed S. Rakoff, U.S.D.J.

AM 18170431